**2008–1084.   State v. Webb.**

Marion App. No. 9–08–03. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**2008–1113.   State v. Barnett.**

Jefferson App. No. 06–JE–23, 2008-Ohio-1546. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–1155.   State v. Webb.**

Richland App. No. 07CA43, 2008-Ohio-901. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and CUPP, JJ., dissent.

**2008–1156.   State v. Watson.**

Clinton App. No. CA2007–04–020, 2008-Ohio-629. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2008–1157.   State v. Shears.**

Hamilton App. No. C–040285. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2008–1164.   State v. Whitfield.**

Cuyahoga App. No. 89570, 2008-Ohio-1090. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2008–1166.   State v. Nayar.**

Lawrence App. No. 07CA6, 2007-Ohio-6092. On motion for leave to file delayed appeal. Motion denied.

**2008–1169.   State v. Reeds.**

Lake App. No. 2007–L–120, 2008-Ohio-1781. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, J., dissents.

**2008–1204.   State v. Swanson.**

Butler App. No. CA2005–04–093. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and CUPP, J., dissent.

**2008–1223.   State v. Bumgardner.**

Trumbull App. No. 2007–T–0106, 2008-Ohio-1778. On motion for leave to file delayed appeal. Motion fails for want of four votes.

PFEIFER, O'DONNELL, and LANZINGER, JJ., would grant the motion.

MOYER, C.J., and LUNDBERG STRATTON and CUPP, JJ., would deny the motion.

O'CONNOR, J., not participating.

**2008–1240.   Cleveland v. State.**

Cuyahoga App. Nos. 89486 and 89565, 2008-Ohio-2655. On motion for stay of judgment. Motion granted.

LANZINGER and CUPP, JJ., dissent.

**2008–1252.   Dayton v. State.**

Montgomery App. No. 22221, 2008-Ohio-2589. On motion for stay of court of appeals' judgment. Motion granted.

LANZINGER, J., dissents.

**2008–1255.   State v. Singleton.**

Cuyahoga App. No. 90042, 2008-Ohio-2351. On motion for stay of court of appeals' judgment. Motion granted.

O'DONNELL and CUPP, JJ., dissent.

**2008–1258.   State v. Henderson.**

Cuyahoga App. No. 89377, 2008-Ohio-1631. On motion for stay of court of appeals' judgment. Motion